**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rafael RUIZ–RUIZ, Defendant–Appellant.**

No. 14–50492.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Dec. 9, 2015.*

Filed Dec. 15, 2015.

Peter Ko, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Vicki Marolt Buchanan, Esquire, Sonoma, CA, for Defendant–Appellant.

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

## MEMORANDUM **

Rafael Ruiz–Ruiz appeals from the district court's judgment and challenges the 24–month sentence imposed following his guilty-plea conviction for being a removed alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Ruiz–Ruiz first contends that the district court abused its discretion by denying the parties' joint recommendation for a fast-track departure under U.S.S.G. § 5K3.1. Contrary to Ruiz–Ruiz's argument, the record reflects that the district court properly based its denial of the fast-track departure on individualized factors and not on a blanket policy of denying fast-track departures to a certain group of defendants. *See United States v. Rosales–Gonzales,* 801 F.3d 1177, 1183–84 (9th Cir. 2015).

We likewise reject Ruiz–Ruiz's argument that the district court's denial of the fast-track departure was improper because it interfered with the prosecutor's exercise of discretion in plea bargaining. *See id.* at 1183.

Finally, Ruiz–Ruiz argues that his sentence is substantively unreasonable in light of the court's denial of the fast-track departure and its focus on the need for deterrence. The district court did not abuse its discretion. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) factors and the totality of the circumstances, including Ruiz–Ruiz's immigration history. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586; *United States v. Gutierrez–Sanchez,* 587 F.3d 904, 908 (9th Cir.2009) ("The weight to be given the various factors in a particular case is for the discretion of the district court.").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.